United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-21206
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADEMOLA JIBRIL ADESHOLA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-917-ALL
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ademola Jibril Adeshola

has moved for leave to withdraw and has filed a brief as required

by Anders v. California, 386 U.S. 738 (1967).  Adeshola has

received a copy of counsel's motion and brief but has not filed a

response.  Our independent review of the brief and the record

discloses no nonfrivolous issue.  Accordingly, counsel's motion

for leave to withdraw is GRANTED, counsel is excused from further

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.